# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DEREK L. MILLS, <br><br> Defendant. | PO-23-5059-GF-JTJ <br><br> VIOLATIONS <br> E1384411 <br> E1384412 <br> E1384413 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $65 fine and $30 processing fee for violation E1384412 (for a total of $95), and for good cause shown, **IT IS ORDERED** that the $95 fine paid by the defendant is accepted as a full adjudication of violation E1384412.  **IT IS ALSO ORDERED** that violations E1384411 and E1384413 are **DISMISSED.**

**IT IS FURTHER ORDERED** that the bench trial scheduled for October 19, 2023, is **VACATED.**

DATED this 22nd day of September, 2023.

_____
John Johnston
United States Magistrate Judge